AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Samsung Electronics Co., Ltd. & <br> Samsung Semiconductor, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Trenchant Blade Technologies, LLC & <br> Longhorn IP LLC <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  3:20-cv-08205-VC <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Longhorn IP LLC
8105 Rasor Boulevard, Suite 210
Plano, TX 75024

&

Trenchant Blade Technologies, LLC
1700 Pacific Ave, Suite 4650
Dallas TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sean M. Callagy
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:   11/23/2020                                                                                         A. Kokich
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Longhorn IP, LLC 5105 Rasor Blvd, Suite 210, Plano, TX 75201
was received by me on *(date)* 11-24-2020.

☑ I personally served the summons on the individual at *(place)* 352 Parkview Pl., Coppell, TX 75019
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Do Kim, who is designated by law to accept service of process on behalf of *(name of organization)* Longhorn IP LLC
on *(date)* 12-7-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-7-2020

*Server's signature*

Bob Roden PSC3357 Exp: 12/31/21
*Printed name and title*

6250 Rosewood Dr. #403, N. Richland Hills TX 76180
*Server's address*

Additional information regarding attempted service, etc: